IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10CR238-RJC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PARKER ANTRON COLEMAN, et al., | UNDER SEAL |

## ORDER UNSEALING THIRD SUPERSEDING BILL OF INDICTMENT AND ARREST WARRANTS

**UPON MOTION** of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Third Superseding Bill of Indictment and Arrest Warrants be unsealed because there is no longer a need to protect their secrecy,

**IT IS HEREBY ORDERED** that the Third Superseding Bill of Indictment and Arrest Warrants in this matter be UNSEALED, but that the various sealing and unsealing Motions and Orders remain SEALED until further order of this Court.

The Clerk is directed to certify two copies of this Order to the United States Attorney's Office.

**SO ORDERED**.

Signed: May 9, 2011

David S. Cayer
United States Magistrate Judge